```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Charles Williams,

        Plaintiff(s),                      07 Civ 7720 (CM) (RLE)

    -against-

Palladia Inc., et al.,                       CALENDAR NOTICE

        Defendant(s).
----------------------------------------------------------X

        Please take notice that the above captioned matter has been scheduled for:

___ Pre-trial Conference     ___ Status Conference     ___ Oral argument
___ Settlement conference   ___ Plea Hearing          (Bankruptcy Appeal)
✓ Rule (16) conference      ___ Final pre-trial conference
___ Telephone Conference   ___ Jury Selection and Trial
___ Non-Jury Trial           ___ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Friday, January 4, 2008 at 10:15 a.m.** in Courtroom 21B, U.S. District Court, 500 Pearl Street, New York, New York 10007.

        Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: October 10, 2007
          New York, New York

                                                So Ordered

                                                Colleen McMahon, U.S.D.J

Copies mailed/faxed/handed to counsel on 10/10/07