UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CHARLES WILLIAMS

:       07cv 7720(CM)(RLE)

                Plaintiff,       :

      -against-       :       **NOTICE OF APPEARANCE**

PALLADIA, INC. and CORRINE WORKMAN

                Defendants       :
-----------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that Davidoff Malito & Hutcher LLP, 200 Garden City Plaza, Suite 315, Garden City, New York 11530, hereby appears as counsel for defendants Palladia, Inc. and Corrine Workman, and respectfully requests that all papers be forwarded to the undersigned at the address set forth below.

Dated: Garden City, New York
       November 7, 2007

                              DAVIDOFF MALITO & HUTCHER LLP

                              By: _____
                                  Mark E. Spund (MES 4705)

                              *Attorneys for Defendants*
                              200 Garden City Plaza, Suite 315
                              Garden City, New York 11530
                              (516) 248-6400

TO:   Charles Williams, pro se
       5 West 91st Street, # 5E
       New York, New York 10024

80044004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CHARLES WILLIAMS

                                                          :        07cv 7720(CM)(RLE)

               Plaintiff,                                 :
                                                          :
     -against-                                            :
                                                          :
PALLADIA, INC. and CORRINE WORKMAN                        :
                                                          :
               Defendants                                 :
-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, LAURA J. CAVALLO, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age, and am employed by Davidoff Malito & Hutcher LLP in Nassau County, New York. I hereby certify that on November 7, 2007, I caused a copy of the within Notice of Apperance to be served on

    Charles Williams
    Plaintiff pro se
    5 West 91st Street
    New York, New York 11021

(a) by depositing a true copy of same enclosed in a plain envelope, first class mail postage paid, in an official depository under the exclusive care and custody of the United States Postal Service within New York State,

                                                    Laura J. Cavallo

Sworn to before me this
7th day of November, 2007

Notary Public

        MARK E. SPUND
   Notary Public, State of New York
        No. 02SP4674280
    Qualified in Nassau County
  Commission Expires March 30, 2002
                          2010

80044008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCKET NO. 07 cv 7720

=========================================================

CHARLES WILLIAMS

Plaintiff

-against-

PALLADIA, INC. and CORRINE WORKMAN

Defendant

=========================================================

**NOTICE OF APPEARANCE**

=========================================================

DAVIDOFF MALITO & HUTCHER LLP
Attorneys for Defendant
200 Garden City Plaza, Suite 315
Garden City, New York 11530
(516) 248-6400

80044005