UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
CHARLES WILLIAMS

                                                                                   :     07cv 7720(CM)(RLE)

                Plaintiff,                             :

                                                          :     **RULE 7.1**

-against-                                          :     **STATEMENT**

PALLADIA, INC. and CORRINE WORKMAN

                Defendants                      :
------------------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1, defendant Palladia, Inc. states that it has no corporate parents and no publicly held corporation owns 10% or more of its stock.

Dated: Garden City, New York
       November 7, 2007

                                           DAVIDOFF MALITO & HUTCHER LLP

                                           By: _____
                                                Mark E. Spund (MES 4705)

                                         *Attorneys for Defendants*
                                         200 Garden City Plaza
                                         Suite 315
                                         Garden City, New York 11530
                                         (516) 248-6400
                                         Facsimile (516) 248-6422

80044007