UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CHARLES WILLIAMS,　　　　　　　　　　　　　：

　　　　　　　　　　　Plaintiff,　　　　　　　　：　　07cv 7720(CM)(RLE)

　　　　-against-　　　　　　　　　　　　　　　：　　AFFIDAVIT OF SERVICE

　　　　　　　　　　　　　　　　　　　　　　　：

PALLADIA, INC. and CORINE WORKMAN,　　　　：

　　　　　　　　　　　　　　　　　　　　　　　：

　　　　　　　　　　　Defendants.　　　　　　　：
------------------------------------------------------------------x

STATE OF NEW YORK　　　　）
　　　　　　　　　　　　　　) ss.:
COUNTY OF NASSAU　　　　　)

　　　　LAURA J. CAVALLO, being duly sworn, deposes and says:

　　　1.　　I am not a party to this action, am over 18 years of age, and am employed in Nassau County, New York.

　　　2.　　On November 12, 2007, I served the within Notice of Motion and Affidavit and Defendants' Memorandum of Law upon:

> Charles Williams
> 5 West 91st Street, # 5E
> New York, New York 10024
> Certified Mail # 7007 1490 0001 9739 9190

the address designated by said individual for that purpose by depositing true copies of same enclosed in a plain envelope, by both certified mail-return receipt requested and by regular mail, in an official depository under the exclusive care and custody of the United States Postal Services within New York State.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LAURA J. CAVALLO

Sworn to before me this
12th day of November, 2007

_____
NOTARY PUBLIC

MARK E. SPUND
Notary Public, State of New York
No. 02SP4674280
Qualified in Nassau County
Commission Expires March 30, ~~2002~~ 2010

80044129