# DAVIDOFF MALITO & HUTCHER LLP

ATTORNEYS AT LAW

200 GARDEN CITY PLAZA
SUITE 315
GARDEN CITY, NEW YORK 11530

(516) 248-6400
FAX (516) 248-6422
WWW.DMLEGAL.COM

NEW YORK
605 THIRD AVENUE
NEW YORK, N.Y. 10158
(212) 557-7200

MELVILLE
105 MAXESS RD., SUITE 124S
MELVILLE, NY 11747
(631) 574-4510

ALBANY
150 STATE STREET
ALBANY, N.Y. 12207
(518) 465-8230

WASHINGTON, D.C.
444 NORTH CAPITOL STREET, N.W.
WASHINGTON, D.C. 20001
(202) 347-1117

WRITER'S DIRECT: 516-247-4424
E-MAIL: mes@dmlegal.com

**MEMO ENDORSED**

May 28, 2008

<u>Via ECF and Telefax</u>

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Charles Williams v. Palladia, Inc. and Corine Workman
<u>07 cv 7720 (CM)(RLE)</u>

Dear Judge McMahon:

This firm represents defendants herein. Plaintiff is pro se.

This letter is to respectfully request an extension of time for defendants to file their motion for summary judgment, which is due on May 30, 2008. .

Because of a mistake in calendaring in my office, the filing date for a motion was mistakenly calendared for June 30, 2008. We would therefore request that the motion filing date be extended for one month to June 30, 2008, plaintiff's response be extended to July 27, 2008. and our reply to August 11, 2008.

You Honor's initial case management plan indicates that no pre-trial order has to be filed until after the motion is decided.

There have been no prior requests for any extension of time in this case. I have attempted to contact Mr. Williams by phone to no avail and will send him a copy of this letter by Federal Express.

80048830

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

**DAVIDOFF MALITO & HUTCHER LLP**

Hon. Coleen McMahon
May 28, 2008
Page 2

We thank the Court for its consideration.

                                      Respectfully yours,

                                      Mark E. Spund (MES 4705)

cc:    Charles Williams (via Federal Express)

80048830