UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
CHARLES WILLIAMS

                                  :     07cv 7720(CM)(RLE)

                 Plaintiff,       :

                                    :

     -against-             :

                                    :    **NOTICE OF MOTION**

PALLADIA, INC. and CORINE WORKMAN

                                    :

                                    :

              Defendants     :
------------------------------------------------------------------------x

         PLEASE TAKE NOTICE THAT upon the annexed Affidavit of Mark E. Spund, Esq., sworn to June 27, 2008, the affidavits of Corrine Workman, sworn to June 25, 2008, Lizzette Danowsky, sworn to June 26, 2008, Doretha Gilmore, sworn to June 25, 2008 and Judy Archer, sworn to June 24, 2008, the exhibits annexed thereto, the memorandum of law and the papers in support thereof, defendants Palladia, Inc. and Corrine Workman, sued herein as "Corine" Workman, will move this Court before Hon. Colleen McMahon, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York for an order, pursuant to Federal Rules of Civil Procedure Rule 56:

         (a) granting defendants summary judgment dismissing the Complaint in its entirety

         PLEASE TAKE FURTHER NOTICE THAT, pursuant to the revised Scheduling Order of the Hon. Colleen McMahon dated May 30, 2008, responsive papers must be served upon the undersigned and filed with the court on or before July 27, 2008.

80044037.2

Dated: Garden City, New York
      June 27, 2008

                        DAVIDOFF MALITO & HUTCHER LLP

                        By:

                             Mark E. Spund (MES 4705)
                        Attorneys for Defendants
                        200 Garden City Plaza, Suite 315
                        Garden City, New York 11530
                        (516) 248-6400

To:  Charles Williams
      Plaintiff pro se
      5 West 91st Street, # 5E
      New York, New York 10024

80044037.2