# EXHIBIT "E"

STATE DIVISION OF HUMAN RIGHTS
STATE OF NEW YORK : EXECUTIVE DEPARTMENT

STATE DIVISION OF HUMAN RIGHTS
on the Complaint of

CHARLES A. WILLIAMS

                    Complainant

              v.

PALLADIA, INC.

                    Respondent

VERIFIED COMPLAINT
Pursuant to Executive
Law, Article 15

Case No.
**10115572**

Federal Charge No. 16GA701224

I, Charles A. Williams, residing at 5 West 91st Street Apt. 5 E, New York, NY, 10024, charge the above named respondent, whose address is 2006 Madison Avenue, New York, NY, 10035 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of sex.

Date most recent or continuing discrimination took place is 10/27/2006.

The particulars are:

1.   I am male.  Because of this, I have been subject to unlawful discriminatory actions.

2.   I commenced my employment with the respondent on October 8, 2006 as a House Monitor. My time, attendance and work performance were satisfactory.

3.   On October 31, 2006, I was advised that my employment with the respondent was being terminated. The reason given by the respondent was that I had falsified timesheets. This is untrue, as I have never falsified any documents.

4.   I allege that I was wrongfully terminated from my employment due to my gender as my supervisor harbors an animus against men. I know of four men who were terminated by respondent within a year, and three have transferred. Both myself and another Housing Monitor who were male were replaced by females.

Based on the foregoing, I charge respondent with an unlawful discriminatory practice relating to employment because of sex,

Complaint
SDHR Case No. 10115572
Charles A. Williams v. Palladia, Inc.

in violation of the New York State Human Rights Law (Executive Law, Article 15), Section 296.

I also charge the above-named respondent with violating Title VII of the Civil Rights Act of 1964, as amended (covers race, color, creed, national origin, sex relating to employment). I hereby authorize SDHR to accept this verified complaint on behalf of the U.S. Equal Employment Opportunity Commission (EEOC) subject to the statutory limitations contained in the aforementioned law(s).

I have not commenced any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

_____
Charles A. Williams

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

Charles A. Williams, being duly sworn, deposes and says: that he/she is the complainant herein; that he/she has read (or had read to him or her) the foregoing complaint and knows the content thereof; that the same is true of his/her own knowledge except as to the matters therein stated on information and belief; and that as to those matters, he/she believes the same to be true.

_____
Charles A. Williams

Subscribed and sworn to
before me this 9th day
of January, 2007.

_____
Signature of Notary Public

MIRNA YOUVERT ROMAN
COMMISSIONER OF DEEDS
No. 4-5446
Qualified in Queens County
My Commission Expires January 01, 2008

Page 2 of 2

# EXHIBIT "F"

STATE OF NEW YORK
DIVISION OF HUMAN RIGHTS

MAR 1 3 2007

```
STATE DIVISION OF HUMAN RIGHTS
on the Complaint of

CHARLES A. WILLIAMS,
                        Complainant,
              v.

PALLADIA, INC.,
                        Respondent.
```

DETERMINATION AND
ORDER AFTER
INVESTIGATION

Case No.
10115572

Federal Charge No. 16GA701224

On 1/9/2007, Charles A. Williams filed a verified complaint with the State Division of Human Rights charging the above-named respondent with an unlawful discriminatory practice relating to employment because of sex in violation of the Human Rights Law of the State of New York.

After investigation, and following opportunity for review of related information and evidence by the named parties, the Division of Human Rights has determined that there is NO PROBABLE CAUSE to believe that the respondent has engaged in or is engaging in the unlawful discriminatory practice complained of. This determination is based on the following:

The investigation revealed that the complainant was terminated for falsifying the respondent's communications log and his time sheet. The investigation revealed that the respondent discovered that the complainant was not at his post on October 31, 2006 for a period of approximately two and one half hours. This discovery was made by a female peer who was assigned to the same shift at a post across a yard from the complainant's site. This employee had to obtain keys from the complainant's site. She discovered the complainant away from his post when she went to get the keys from his site. This employee performed two security sweeps of the complainant's site and did not see him there. This incident was reported to the administrative assistant of the complainant's site.

The following day, the complainant's supervisor was apprised of the incident. Furthermore, it was discovered that the complainant altered an entry in the security log, and he signed his timesheet for November 1, 2006, a day that he had not worked.

The investigation revealed that the complainant was disciplined twice and suspended once prior to his termination. The investigation further revealed no evidence that the

complainant's sex was a factor in how he was treated by the respondent or the respondent's termination of his employment. The investigation revealed that the respondent continued to employ other male House Monitors after the complainant was terminated.

The investigation revealed that the respondent terminated three other males prior to terminating the complainant; however, it appears that those individuals were terminated for legitimate business reasons.

The complaint is therefore ordered dismissed and the file is closed.

PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition within sixty (60) days after service of this Determination. A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

Your charge was also filed under Title VII of the Civil Rights Act of 1964. Enforcement of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity Commission (EEOC). You have the right to request a review by EEOC of this action. To secure review, you must request it in writing, within 15 days of your receipt of this letter, by writing to EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-2112. Otherwise, EEOC will generally adopt our action in your case.

Dated: *March 8, 2007*
New York, New York

STATE DIVISION OF HUMAN RIGHTS

By: _____
Wilson P. Ortiz
Acting Regional Director

- 2 -

# EXHIBIT "G"

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Charles A. Williams<br>5 West 91st Street  Apt. 5 E<br>New York, NY 10024 | From: New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2007-01224 | Holly M. Woodyard,<br>Investigator | (212) 336-3643 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [ ] | Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge. |
| [ ] | While reasonable efforts were made to locate you, we were not able to do so. |
| [ ] | You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged. |
| [ ] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [X] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____                          5/2/07
Spencer H. _____,                                  _____
Director                                            (Date Mailed)

Enclosures(s)

cc:    PALLADIA, INC.                        Mark E. Spund, Esq.
       2006 Madison Avenue                   Davidoff & Malito, LLP
       New York, NY 10035                    200 Garden City Plaza Suite 315
       Attn: George Lino                     Garden City, NY. 11530

# EXHIBIT "H"

 palladia

A Community of Strength, Help

| Home | About Us | Programs + Housing | What's New | Get Involved | Employment | Need Help? | Co |



Sharing **strength**

**What's New**

Palladia awarded Hc
Grant from Verizon \

Palladia finishes doc
chronicling the road
recovery

Read Palladia's Polic
"A Better Future for (
Substance Affected

Palladia expands Re
Fathers' Program

Palladia recognized
prestigious awards ir

# Welcome to Palladia

## At Palladia, things are getting better every day.

A young girl reunites with her mother after a long separation and moves into the first home they have ever called their own. A father stays clean and sober and lands a steady job after years of struggling with substance abuse. A shelter offers safety and support to a mother and her children after the ordeal of domestic violence. A young man stays off the streets and out of jail, as he begins to find meaning as part of a community. As one of New York City's largest social service agencies, we give thousands of people the support they need to improve their lives and build a brighter future.

Please take a few minutes to explore our site, and to learn more about our work. If you like what you see, and you want to help us continue our essential mission, please visit our **Donate** page to learn how you can help.

**Issues**

Homelessness + Ho

Substance Abuse

Children + Families

Criminal Justice

HIV/AIDS

Domestic Violence

Mental Health + Trai

The Official Trailer fc
Documentary Filn

 palladia

A Community of Strength, Help ·

| Home | About Us | Programs + Housing | What's New | Get Involved | Employment | Need Help? | Co |



**What's New**

Palladia finishes doc
chronicling the road
recovery

Read Palladia's Poli
"A Better Future for (
Substance Affected

Palladia expands Re
Fathers' Program

Palladia recognized
prestigious awards in

# About Us

> get involved

in 1970, today Palladia, Inc. is one of the largest not-for-profit, multi-service agencies in New York City. With more than 30 years of experience, Palladia serves largely urban, poor individuals and families of color and is nationally recognized for its innovative service delivery in the fields of substance abuse, homelessness, HIV, mental illness and trauma, domestic violence, criminality, and family services. Palladia currently serves approximately 1,500 persons per day in 28 distinct human service programs including: two residential substance abuse treatment programs; four outpatient and transitional treatment programs; an HIV services unit; one homeless and two domestic violence shelters; two alternative to incarceration programs; seven permanent supportive housing programs; and five special initiatives and collaborations.

Due to the complex needs of its clients, Palladia also provides case management, vocational/educational and child care services; parenting classes; activities of daily living assistance; HIV/AIDS outreach; and affordable, supportive permanent housing for individuals and families with special needs. Palladia's expertise in working with clients across multiple angles promotes independence, social competence and responsible living, even among populations that are often

**Board of Directors**

**Executive Staff**

**Funding Sources**

**Our Mission**

**Programs + Housing**

**Issues**

Homelessness + Ho

Substance Abuse

Children + Families

Criminal Justice

HIV/AIDS

Domestic Violence

Mental Health + Trau

considered difficult to engage in services.

All of Palladia's services are located in warm and inviting sites
that are attractive and affirming of client self worth.Our purpose
is to keep families together and reunite them, provide job
training, encourage continuing education, offer a safe haven
from violence, maintain mental health, prevent relapse, and
make a permanent and stable reality a home for thousands of
homeless individuals and families.

To read more about Palladia, and to view our IRS form 990,
please visit our information page at **GuideStar** (requires free
registration)

Home | About Us | Programs + Housing | What's New | Get Involved | Employment | Need Help? | Contact Us
Privacy Notice
2006 Madison Avenue  New York, NY 10035  Tel 212-979-8800  Fax 212-979-0100  E-mail info@palladiainc.org
© 2004 Palladia, Inc. All Rights Reserved

Site Design and Development: FarnumMorales, Inc.


palladia

A Community of Strength, Help

| Home | About Us | Programs + Housing | What's New | Get Involved | Employment | Need Help? | Co |



What's New

Palladia finishes doc
chronicling the road
recovery

Read Palladia's Poli
"A Better Future for (
Substance Affected

Palladia expands Re
Fathers' Program

Palladia recognized
prestigious awards in

Helping men, women
and families

# Programs + Housing

## Programs

**Residential treatment**
• Starhill
• The Albert and Mildred Dreitzer Women + Children's Treatment Center

**Shelter Services**
• Aegis
• Athena House
• Willow Ave. Homeless Shelter

**Outreach, Prevention + Case Management**
• HIV Services Unit: Women in Crisis
• HIV Services Unit: Community Follow-Up Program
• HomeBase Homeless Prevention

## Housing

**Permanent Housing**
• Cedar Tremont
• Dreitzer House
• Hill House
• Jerome Court
• Stratford House
• Chelsea Court
• Scattered Site Programs
• Flora Vista

## Special Initiatives + Collaborations

**Interagency Initiatives**
• ACS Clinical Program
• Early Head Start
• Stratford Early Learning Center
• The WORC Program
• Responsible Fathers' Program
• Palladia Men's Initiative

## Issues

Homelessness + Ho

Substance Abuse

Children + Families

Criminal Justice

HIV/AIDS

Domestic Violence

Mental Health + Trau

**Alternatives to Incarceration**
• Parole Transition Program

**Outpatient + Transitional Treatment**
• Continuing Care Treatment
• Comprehensive Treatment Institute
• Esperanza

Home | About Us | Programs + Housing | What's New | Get Involved | Employment | Need Help? | Contact Us
Privacy Notice
2006 Madison Avenue  New York, NY 10035  Tel 212-979-8800  Fax 212-979-0100  E-mail info@palladiainc.org
© 2004 Palladia, Inc. All Rights Reserved

Site Design and Development: FarnumMorales, Inc.

 **palladia**

A Community of Strength, Help ·

| Home | About Us | Programs + Housing | What's New | Get Involved | Employment | Need Help? | Co |



**Housing**

**Permanent Hou**

Cedar Tremont

Dreitzer House

Hill House

Jerome Court

Stratford House

Chelsea Court

Scattered Site Progr

Flora Vista

Back to Programs +

## Housing / Permanent Housing
# Dreitzer House

Located in East Harlem, this supported living facility with one to three-bedroom apartments is a permanent home for 36 families. Residents receive case management support services. The building also houses the Marshall Goldberg Learning Center, which is designed to be an interactive learning environment for both adults and children. Residents have access to the library and computers, where adults can work on their vocational skills and their children can do schoolwork. Children from kindergarten through 8th grade can participate in the youth mentoring program, which helps them to develop their academic skills.

**Location**
325 E. 115th Street
New York, NY 10029
Tel: (917) 492-1160
Fax: (917) 492-9121

**Directions**
# 6 train to 116th Street and Lexington Avenue.
#101 bus to 115th and 3rd Avenue.

**Services**
· Legal assistance and entitlement advocacy
· Case Management
· Support for recovery from addiction and relapse prevention
· Family counseling services
· Socialization/recreational services
· Vocational/educational assistance
· Library and on-site computer access
· Community referrals

**Opened**
1999

**Architect**
SLCE Architects



Home | About Us | Programs + Housing | What's New | Get Involved | Employment | Need Help? | Contact Us

2006 Madison Avenue  New York, NY 10035  Tel 212-979-8800  Fax 212-979-0100  E-mail info@palladiainc.org
© 2004 Palladia, Inc. All Rights Reserved

Site Design and Development: FarnumMorales, Inc.

 palladia

A Community of Strength, Help

| Home | About Us | Programs + Housing | What's New | Get Involved | Employment | Need Help? | Co |



## Housing

**Permanent Hou**

Cedar Tremont

Dreitzer House

Hill House

Jerome Court

Stratford House

Chelsea Court

Scattered Site Progr

Flora Vista

Back to Programs +

## Programs / Permanent Housing
# Flora Vista

**Location**
326-330 East 116th St.,
New York, NY 10029
For more information, call Lana
Hallstein at 212-979-8800 ext. 255

**Architect**
SLCE Architects

Built to house previously homeless and at-risk individuals, Flora Vista is a six-story building in East Harlem offering tenants long-awaited stability, security, and support, in the form of twenty bright studio apartments with sleeping alcoves, full kitchens and baths, and a beautifully landscaped backyard.

Living in their own homes, with full access to on-site case management and support services, Flora Vista's residents can carve out healthy places for themselves in a supportive community.

Home | About Us | Programs + Housing | What's New | Get Involved | Employment | Need Help? | Contact Us

2006 Madison Avenue  New York, NY 10035  Tel 212-979-8800  Fax 212-979-0100  E-mail info@palladiainc.org
© 2004 Palladia, Inc. All Rights Reserved

Site Design and Development: FarnumMorales, Inc.

 palladia

A Community of Strength, Help

| Home | About Us | Programs + Housing | What's New | Get Involved | Employment | Need Help? | Co |



**Housing**

**Permanent Hou**

Cedar Tremont

Dreitzer House

Hill House

Jerome Court

Stratford House

Chelsea Court

Scattered Site Progr

Flora Vista

Back to Programs +

## Housing / Permanent Housing
# Chelsea Court

Located in the heart of Chelsea, Palladia's Chelsea Court opened in June, 2003. This 18-unit permanent housing project provides studio apartments for previously homeless individuals. Chelsea Court was on the brink of collapse and had been overtaken by illicit drug users when Palladia bought it from the city for $1 in 1994. The bright apartments and beautiful reception area were designed by architect Louise Braverman, who was awarded a 2003 "Merit in Design" award from the New York State Chapter of the American Institute of Architects for her work on Chelsea Court. The building was also featured in an exhibit on innovative design in affordable housing at the Smithsonian's National Building Museum in Washington, D.C. in the spring and summer of 2004.

**Location**
105 W. 17th Street
New York, NY 10011
Tel: 917-492-1160

**Services**
• Case management
• Support for recovery from addiction and relapse prevention
• Legal assistance and entitlement advocacy
• Vocational/educational assistance
• Community referrals

**Opened**
2003

**Architect**
Louise Braverman

Photographs © Scott Frances



Home | About Us | Programs + Housing | What's New | Get Involved | Employment | Need Help? | Contact Us

2006 Madison Avenue  New York, NY 10035  Tel 212-979-8800  Fax 212-979-0100  E-mail info@palladiainc.org
© 2004 Palladia, Inc. All Rights Reserved

Site Design and Development: FarnumMorales, Inc.

# EXHIBIT "I"

SEP–15–2005   19:15        NYU ADVERTISTING DEPT.              1 212 995 4350     P.01/02



Charles Williams
5 West 91st Street
Apt 5E
New York, NY 10024

September 15, 2005

**Ms. Doreatha Gilmore
917-492-9121**

Re: House Manager Position

Dear Ms. Gilmore,

I was very excited to hear about the position you have available for House Manager.

As my resume details, working with outreach organizations, the disenfranchised and with the public in various capacities, is something I am very familiar with and enjoy.

Upon your review of my resume, I welcome the chance to discuss my qualifications with you.

Thank you for taking the time to review my resume and I look forward to meeting with you in the future.

Sincerely,

Charles Williams

# Palladia, Inc.

10 Astor Place, 7th Floor, New York, NY 10003

## APPLICATION FOR EMPLOYMENT

**PERSONAL INFORMATION** (PLEASE PRINT CLEARLY)                    Date _9/22/05_

Name _WilliAMs_ _____ _Charles_
     Last                  First              Middle

Present Address _5 West 91st_ _5F_ _Ny_ _N.Y_ _10024_
          No.  Street     Apt.#           City         State       Zip

Mailing Address (if different from address above)

          No.  Street     Apt.#           City         State       Zip

Are you legally eligible for employment in the USA?  ( ) Yes    ( ) No

Social Sec. No. _054_ – _52_ – _5619_  Home Phone _212) 799-7185_ Bus. Phone _347 4l623·_

Were you previously employed by us? _NO_    (If yes, when?)_____

Position applied for _House MANAger_ _____ Salary expected $ _$12 hR_

When are you available to begin work? _10/1/05_

## RECORD OF EDUCATION

Circle highest grade completed 1 2 3 4 5 6 7 8 9 10 11 12  College 1 2 3 4  Do you have a High School Equivalency Diploma? Yes__ No__

| School | Name and Address of School | Course of Study | List Diploma or Degree |
|---|---|---|---|
| High School | Morris Bronx | | |
| College, Technical or Business School | Bronx CC | Communications | AA.S. |
| Graduate School or Additional Training | 7A Administrater | | |
| | The New School | Finance | Real Estate certif |

## PROFESSIONAL REFERENCES

Wherever possible, please provide the names of individuals to whom you reported

| Name and Title | Name of Agency / Company | Telephone Number |
|---|---|---|
| Mark Siley | NYPD | 917-783-1705 |
| Derek Walthers | Park enforcement, Nyc Parks | 917 371-2393 |
| Karen Diggs | New york university | 917 8164775 |

I hereby give permission to contact the individuals listed above concerning any information about my employment which may be relevant. Signed _____

Exhibit
No. _DEPS  D_
    _2/20/08 AF_

fink
WORLDWIDE®
FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018    (212) 869-1500

## EMPLOYMENT HISTORY

Please describe your present employment. May we contact your present employer for a reference?  Yes ✓  No _____

| From (Mo./Yr.) To (Mo./Yr.) | Starting Salary Final Salary | Name of Employer Address and Phone # | Your title or kind of work performed Reason for leaving |
|---|---|---|---|
| PARKS dept | 12.00 | 6/1/05 - 9/7/05 | Parks Enforcement |
| | | 212 360 2778 | Seasonal Position |

Please list below all past employment. May we contact these employers?  Yes _____  No _____

| From (Mo./Yr.) To (Mo./Yr.) | Starting Salary Final Salary | Name of Employer Address and Phone # | Your title or kind of work performed Reason for leaving |
|---|---|---|---|
| 1/1/95 to 5 | | Crew Services 5 w 91 St | Presently workin |
| 6/1/03 | 11.50 | Summer Stage New York Parks dept | Seasonal |
| 9/1/01 - 12/03 10.00 | | Island Parks, NY @33 Security | Better Pay No benefits |

## MILITARY SERVICE RECORD

Were you in the U.S. Armed Forces?  ( )Yes  (X)No   (If yes, which branch?) _____

Dates of duty: From _____ To _____ Rank at discharge _____

Reserve or National Guard Status: _____

List duties in the service including special training

_____

## ADDITIONAL INFORMATION

Have you ever been convicted of a criminal offense?  Yes _____  No X

If YES, give date and nature of the charge and conviction below.  (Include misdemeanors and felonies; do NOT include parking violations.)  A conviction is not an automatic bar to employment.  Each case is considered on individual merits.

_____

_____

*I certify that the statements made in this application are true and correct to the best of my knowledge; and I authorize investigation of all information given.*

Signature *Charles Williams*     Date 9/22/05

FOR OFFICE USE ONLY

| Interview Date | Possible work location | TB received | Start Date |
|---|---|---|---|
| Interviewed By | Possible Position | Urinalysis rec. | Work location |
| References | Urinalysis Date | Title | Salary |

# EXHIBIT "J"

PALLADIA, INC.
PERSONNEL REQUISITION

001442

| | PALLADIA, INC. PERSONNEL REQUISITION | |
|---|---|---|
| 1. LINE NO: | 215008 | LOCATION: _Dritza House_ |
| 2. TITLE: | _House Monitor_ | |
| 3. BAR: | $ 22,000 | PAR: $ 22,000 |
| 4. INCUMBENT: | _Charles Williams_ | |
| 5. REQUESTED ACTION: | _New Hire_ | |
| 6. EFFECTIVE DATE OF ACTION: | _10/17/05_ Vacant _09/13/05_ | |

**SENIOR DIRECTOR AUTHORIZATION**

1. PRINT NAME: _Lana Hallstein_    SIGNATURE: _J Hallstei_    DATE: _10/3/05_

**PROGRAM DIRECTOR**

2. PRINT NAME: _Connie Nor_    SIGNATURE: _Connie Workman_    DATE: _10/3/05_

**BUDGET AUTHORIZATION**

| BUDGET NO. | 215 | F.S. NO. | 215 | C. C. NO. | 215 |
|---|---|---|---|---|---|
| 1. APPROVED: | _Received_ | | | DATE: | _10/14/05_ |
| 2. NOT APPROVED: | | | | DATE: | |
| REASONS: | | | | | |

**HUMAN RESOURCES**

1. RECEIVED BY: _____    DATE: _____

2. SENT TO PAYROLL ON: _____

**PAYROLL**

1. RECEIVED BY: _____    DATE: 35 Years Lag

2. PROCESSED FOR PAYROLL ON: _____

$ 916- 67

6/2002

# EXHIBIT "K"

A Community of Strength,
Help and Hope

## palladia

Palladia, Inc.
2006 Madison Avenue, New York, NY 10035  Phone: 212-979-8800  Fax: 212-979-0100  www.palladiainc.org

OFFICERS

Judith D. Wallach, Ph.D
Chairperson

Bruno E. Ziolkowski
Vice Chairperson

Crystal L. Sampson
Treasurer

Alan R. Vogeler, Jr., Esq.
Secretary

Marshall Goldberg
Chairperson Emeritus

Jane Velez
President & CEO

Adrienne Glasgow
Vice President & CFO

BOARD OF DIRECTORS

Roger Boyle, Esq.
Marshall Goldberg
Lawrence Hamdan
Rory Kennedy
Galen Kirkland, Esq.
Hon. Milton Mollen
Crystal L. Sampson
Martha S. Staniford
Julien J. Studley
Mary Beth C. Tully
Alan R. Vogeler, Jr., Esq.
Judith D. Wallach, Ph.D.
Bruno E. Ziolkowski

COUNSEL

Davidoff & Malito L.L.P.

I, _Charles Williams_, have received the following items from Palladia, Inc.: Personnel Policy Manuel and Photo I.D. Card.

I have read and fully understand the Personnel Policies of Palladia, Inc. I understand that if at any time I violate any of these policies, it will lead to my immediate termination.

I further understand that upon my termination from employment with Palladia, Inc., I will return the Photo I.D. Card, Personnel Manuel, and all other Agency property (cell phones, beepers, keys, etc.) to the Human Resources Department.

_Charles Williams_                    10-17-05
EMPLOYEE SIGNATURE                    DATE

Rev. 06/02

P 0090

# EXHIBIT "L"

## Job Description

**House Monitors – Dreitzer house**

Reports to Program Director – Administrative Assistant

Responsibilities include

- Secures the premises and performs interventions in emergency situations i.e. calls and notifies appropriate staff; police department, fire department, emergency medical and superintendent.

- Maintains sign in/out books for tenants guests and agency visitors.

- Monitors communication log and incident reports to Program Director.

- Makes certain that lobby area, laundry room and public space areas are kept clean.
- Collects rent envelopes from tenants and monitors rent collection book.
- Communicates any suspected infraction of house rules by tenants to Program Director.
- Participates in General Staff Meeting

Qualifications: High School Diploma or GED. Good organizational, communication and interpersonal skills. Any certification in CPR, Fire Safety or Disaster training is a plus. Must take training on Chelsea Fire Alarm System.

Updated May 2006

Exhibit
No. _DEFTS' E_
_2/20/08 AF_

**FINK** WORLDWIDE
**FINK & CARNEY**
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018    (212) 869-1500

P 0145