# EXHIBIT "M"

Re: Communication Charles Williams
June 27, 2006

Dear Charles,

Jennifer has reported to me several times that she has talked to you about using her desk at night. Evidence of your doing so has been her always finding her chair adjusted differently, finding a pillow that you have been asking about on her desk, and finally your credit card under her phone. Sandra also said that she spoke with you about this in the past.

Please be reminded that you are not to use the Social Work office for any reason. You are only to sign your time sheet that is kept there.

Your break is to be taken in the Activity Room. You break hours are from 3:30 am to 4:30 am. With the exception of the time it takes to make runs, you are expected to be at the Front Desk.

Any question about these instructions you may call to arrange a meeting with me. Your property is being returned to you as it was turned into me after being found in the Social Work office on two different occasions.

Sincerely,

Corinne Workman
Director Dreitzer House/Flora Vista

Exhibit No. _DEPTS' J_
_2/20/08 MX_

**FINK & CARNEY**
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018    (212) 869-1500

# EXHIBIT "N"



**palladia**
A Community of
Strength, Help and Hope

### EMPLOYEE PERFORMANCE DISCUSSION

Name of Employee: __Charles Williams_____
Date: _____7/5/06_____

Position & Department: _House Monitor_____

Site _____Dreitzer House_____

Type of Action:

___ Coach/Counsel                ___Verbal Warning                _x_ Written Warning

___Final Written Warning         _x__ Suspension                ___Termination

Fully explain the violation (including specific behavior, date & time).
Mr. Williams called Ms. Gilmore to say he would not be at work on July 1, 2006.  He had previously
Been denied that date because of a conflict in scheduling and the lack of coverage that would result.

Employee Explanation:

Mr. Williams says he was in South Jersey and could not get back to cover his shift.

Employee has been warned previously:    _x_ Verbal            ____Written
Date(s)_____
In a General meeting all rules regarding calling in were gone over with House Monitors in a effort to
avoid using costly outside coverage.
Is the employee being placed on probation? ___Yes ___No    Until what date_____
Is the employee being suspended?          _x_ Yes ___No    Until what date 11th_____

He will not work one day – Tuesday July 11th h – suspension without pay  and  July 1, 2006 is leave without
pay.

What action steps have been agreed upon between the employee and supervisor to improve or resolve
the problem? (List actions steps and dates)
Mr. Williams has been referred to Human Resources if he feels he needs further explanation of the policies.

_I have reviewed and discussed this performance violation with my supervisor and understand the terms_
_listed above to correct my performance.  I also understand that if my performance does not improve by the_
_designated date listed above, I may be subject to further discipline, up to and including termination._

_C Will_ _____                    _July 11_____
**Employee Signature**                                  **Date**

_Corrine Wortan_ _____                       _7/11/06_____
**Manager/Supervisor Conducting Interview**             **Date**

_____                       _____
**Human Resource Representative or Witness**            **Date**

Exhibit
No. _DEPTS' F_
_8/20/08 AC_

**FINK & CARNEY**
**CERTIFIED STENOTYPE REPORTERS**
39 West 37th Street, 6th Floor NYC 10018   (212) 869-1500

P 0135

EXHIBIT "O"

(102)

cont
Time    Monday Oct 30, 06    4-12ᴬᴹ
4:00    Maillady on site off 4:10
        Ms workman, Sandra still
        on site
5:17    Art class this evening
5:20    Flora Vista- Julio still on
        site. community room &
        copies room was open no
6:30    lock, / Art class started in activ.
7:11    Ms Workman & Sandra off.
8:00    Art class coming to an e
8:27    Activity room lock Art cla
        over, All is quiet & secure
        computer room now lock
        Backyard is now closed
9:00    Backyard is now closed
9:10    Flora Vista- All remains quiet
        clear and secure at this tim
12:14ᴹ  C William on site
        Sherri off site
Time    Tuesday Oct 31 ᴬᴹ    12-8 am
12:00   C. Williams H/M on duty
1:00    Sgt Janowsky on site for F.V. Nobody @ D.H.
        building was secure -quiet.
1:00    I call Gilmore to find out about Charles.
2:08    Did floor check on the (♥) Soda bottle - cig. butts.

| Time | Tuesday. Oct 31, 06    12:00—8:00 Am |
|---|---|
| 2:00 | C William backpack is in the office. |
| 3:42 | " lobby quiet Danowsky on site |
| 5:00 | Building quiet all Exits Secure |
| 6:10 | No Incidents to report |
| 7:05 | Danowsky off Site Tenant leaving for work & scho |
| 7:40 | Danowsky on Site |
| 8:00 | C Williams off duty. |

| Time | Tuesday. Oct 31 06   8x4 Happy Hallowee |
|---|---|
| 800 | Danowsky on site Porter Rodriguez on si |
|  | keys are in box kids coming down for school |
| 900 | C Williams done for the day. |
| 8:30 | Sandra on Site |
| 10:20 | C Williams on site -off @ 10:22 |
| 1200 | out to Lunch- Back @ 1:00. |
| 105 | Delivery in office #203, 205. Brown Verdre |
| 2:20 | mail Lady on Site -off @ 2:229 |
| 239 | Roof man with Rodriguez went upstair (Ri took a la |
| 305 | kids coming out of School. Q.T.I. |
|  | Computer room is open by Ms. Workman John Pau |
|  | is there only. |
| 341 | Sherri on Site. |
| 345 | roof man done for the day. |
| 400 | Danowsky done for the day. Sandra |
|  | Workman still on site. Rodriguez off Site |

# EXHIBIT "P"

NOV-30-2006 10:46 PM                                                      P.02 ___

PROGRAM: DREITZER HOUSE ___

TIME SHEET

WEEK OF: Oct. 26th, thru Nov. 1st, 2006

| CHARLES WILLIAMS EMPLOYEE NAME (PRINT) | | THURS | FRI | SAT | SUN | MON | TUES | WED | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | In | | | 12 | 12 | 12 | 12 | 12 | (O.N) |
| | Lunch Out | | | 3 | 3 | 3 | 3 | 3 | Did not |
| | Lunch In | | | Daylight Savings | | 4 | | | work |
| | Out | | | (12) | 8 | 8 | 8 | 8 | |
| EMPLOYEE NAME (PRINT) | In | | | | | | | | |
| | Lunch Out | | | | | | | | |
| | Lunch In | | | | | | | | |
| | Out | | | | | | | | |
| EMPLOYEE NAME (PRINT) | In | | | | | | | | |
| | Lunch Out | | | | | | | | |
| SIGNATURE | Out | | | | | | | | |

SIGNATURE

SIGNATURE

APPROVED BY: _____         DATE: _____

Exhibit No. _____

DEPTS 'N
2/20/08 AF
FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018   (212) 869-1500

# EXHIBIT "Q"

palladia
A Community of
Strength, Help and Hope

## EMPLOYEE PERFORMANCE IMPROVEMENT PLAN

---

**Section 1**

**Date:** ___10/31/06_____          **Program:** _Dreitzer House__

**Print Name of Employee:** __Charles William   **Print Title: House Manager__

**Print Name and Title of Director Issuing Action:** _Corinne Workman_____

---

**Section 2**
**Type of Action (Please mark with an (x) the action performed):**

___Coach/Counsel (Will coach and train employee and form remains in program)

___Verbal Warning (Will speak with employee and form remains in program)

___Written Warning (If applicable, attach prior verbal and coaching forms for HR File)

___Final Written Warning / Plus Probation (Will complete and send to HR)

___Suspension (Will request support action from EMT and HR)

__x_ Termination (Will request support action from EMT and HR)

---

**Section 3**
**(The Present): What behavior did the employee display (please describe details that lead to the behavior):** It was discovered by another employee that at 12:20am, Charles Williams was not at his post. The employee checked again at 1am and called D. Gilmore to report that the post was still empty. Ms. Gilmore had the employee remain at Dreitzer House and only go over to check on Flora Vista periodically. Mr. Williams returned to the building at 3:42 am saying he had just gone to get something to eat.

We discovered this morning that the communication log had been altered and Mr. Williams signed out for lunch from 3 to 4am, but was not in the building at 3am. The only entry into the communication log by him was at 12:00midnight and again at 3:42am.

**(The Past): Employee has been warned regarding this behavior previously (Yes or No): ___**
**He has had previous warning and a write up regarding attendance and breaks.**
**If yes, how was notice given: ___x__Verbally or ___x_Written and the date notified:**
_____

---

**Section 4**
**What policy did this behavior breach (please indicate the page, section and description): Section 12.2 pg 3 of 4**
**e.          Failure to comply with sign in procedure - Falsification of time sheets.**

k.     **Willful falsification, misrepresentation, - Alteration of records or other Agency documentation**

**Section 5**
**(The Future) What are the expectations regarding this issue (what should the employee be expected to do?):**
Mr. Williams is being recommended for termination based on these actions.

**Section 6**
**Employee Comments regarding this notice of performance:**

Mr. Williams was given two messages
(1) Message left on answering machine.
(2) Verbal by Sherri Manson when he called.
He was told to not come into work at midnight, but
to see Corinne Workman at 10am at the office.
Mr. Williams was a no show.

## ADMINISTRATION ACTION MANAGEMENT ONLY

**Is the employee being placed on probation?** ___Yes ___No    ☐ 30    ☐ 60    ☐ 90 Days

**Is the employee being suspended?**      ___Yes ___No    ☐ 1      ☐ 2    ☐ 3 Days

**What steps have been determined for the employee?** (*List action i.e. supervisory meetings, reports, etc and dates for follow up to occur*):

_____

_____

I have read and received this performance violation from my supervisor and I am aware of the terms listed above to correct my performance. I am also aware, if my performance does not improve by the designated date listed above, **I may be subject to further disciplinary action up to and including termination.**

**Employee Signature**
_Carine Work_

**EC, EMT, Director conducting session**
_signature_

**Witness and/or HR Review**

**Date**
_11/01/06_

**Date**
_11/01/06_

**Date**

2

P 0078

# EXHIBIT "R"



A Community of Strength, Help and Hope*

**palladia**

Palladia, Inc.
2006 Madison Avenue, New York, NY 10035  Phone: 212-979-8800  Fax: 212-979-0100  www.palladiainc.org

November 2, 2006

**OFFICERS**

Judith D. Wallach, Ph.D
Chairperson

Bruno E. Ziolkowski
Vice Chairperson

Crystal L. Sampson
Treasurer

Alan R. Vogeler, Jr., Esq.
Secretary

Marshall Goldberg
Chairperson Emeritus

Jane Velez
President & CEO

**BOARD OF DIRECTORS**

Roger Boyle, Esq.
Marshall Goldberg
Lawrence Hamdan
Rory Kennedy
Galen Kirkland, Esq.
Hon. Milton Mollen
Crystal L. Sampson
Martha S. Staniford
Julien J. Studley
Mary Beth C. Tully
Alan R. Vogeler, Jr., Esq.
Judith D. Wallach, Ph.D.
Bruno E. Ziolkowski

**COUNSEL**

Davidoff & Malito L.L.P.

Charles Williams
5 West 91st Street #5E
New York, NY 10024

Dear Mr. Williams:

We regret to inform you that your employment with Palladia, Inc. is being terminated effective close of business, Wednesday, October 31, 2006. This action is being taken in accordance with Section 12.2(e) in the Personnel Manual which references falsification of time sheets.

Please be advised in order to protect the confidentiality of our clients, you are not allowed to return or contact any other staff person at the facility without prior written authorization from the Sr. Director, Program Director or Human Resources. We trust that you will comply with this statement and if you need assistance contact one of the aforementioned

Please return any keys and identification card to the Human Resources Department at 2006 Madison Avenue. Your final paychecks, including any unused annual leave time up to 52.5 hours, if applicable, and one week lag will be issued on November 15, 2006.

Should you have any questions kindly contact the undersigned or the Human Resources Department at (212) 979-8800.

Sincerely,

George Ilano
Sr. Director, Human Resources

/jr

Exhibit
No. _DEF'S' N_
_2/20/08 AF_

**FINK & CARNEY**
**CERTIFIED STENOTYPE REPORTERS**
39 West 37th Street, 6th Floor NYC 10018  (212) 869-1500

# EXHIBIT "S"

PERSONNEL MANUAL

| Date 6/03 | GROUNDS FOR DISMISSAL<br>MAY BE GROUNDS FOR TERMINATION | Section 12.2<br>Page 3 of 4 |
|---|---|---|

Any/all of the following activities may be grounds for termination or immediate dismissal:

a. Excessive or habitual lateness or absence. In general, five (5) absences in a ninety (90) day period, or a consistent pattern of absence, will be considered excessive, and the reasons for the absences may come under question. Tardiness, or leaving early, is as detrimental to the Agency as an absence. Four (4) such incidents in a thirty (30) day period will be considered a "tardiness pattern" and will carry the same weight as an absence. Other factors, like the degree of lateness will be considered.

b. Engaging in Agency related business with a relation or family member. Business activities shall include, but not be limited to, vendors, consultants, and contractors.

c. Acts which are contrary to Agency clinical methodology, philosophy, or policies.

d. Physical, psychological, sexual, or verbal harassment of an employee or client, as outlined in Section 3.

e. Failure to comply with the sign-in procedure. Falsification of time sheets.

f. Failure to report to work as scheduled without notification to the Supervisor/Director ("no call/no show").

g. Failure to complete the work shift without prior approval from the Supervisor/Director.

h. Improper disclosure of "confidential" or "private" information.

i. Improper disclosure of Protected Health Information as prescribed by HIPAA regulations.

l. Any other act which the Agency's management, in its discretion, believes to be against the Agency's best interest, or where Management feels dismissal is necessary or appropriate.

k. Willful falsification, misrepresentation, or dishonesty on an application for employment or work records. Alteration of records or other Agency documents.

l. Engaging in behavior designed to create discord, interfering with another employee on the job, willfully restricting work output, or encouraging others to do the same.

m. Unsatisfactory or careless work, failure to meet quality performance standards as explained by the Supervisor as required by the position.

n. Sleeping on the job.

o. Obscene or abusive language toward a Supervisor, employee, or client; disorderly or antagonistic conduct.



# EXHIBIT "T"

**Charles Williams**
5 west 91st street Apt 5E
New York, NY 10024
Phone: 212.799.7185
Email:  blacktop2525@aol.com

*Rosmarda*
*plece update*
*me on*
*this*

November 10, 2006

RE: Termination

George Lino
Director of Human Resources
2006 Madison Avenue
New York, NY  10035

Dear Mr. Lino,

In the matter of the termination of my employment on October 31,2006, Please be advised that the action taken by Palladi Inc.is unjust and based on false and erroneous information.

I have not at any time falsified time sheets or any document pertaining to Palladia Inc.

I am filing a grievance and requesting a hearing at this time. I am asking that any evidence of time sheet falsification as well as any witnesses to such falsification be present at such hearing.

I await your response within the next 14 days.

Thank you.

Charles Williams

Charles Williams

CC: Corinne Workman

Exhibit No. ___ *DEFTS' O*
*2/20/08 AF*

FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018   (212) 869-1500

# EXHIBIT "U"

*A Community of Strength,
Help and Hope*

File



## palladia

Palladia, Inc.
2006 Madison Avenue, New York, NY 10035  Phone: 212-979-8800  Fax: 212-979-0100  www.palladiainc.org

November 16, 2006

Mr. Charles Williams
5 West 91Street Apt#5E
New York, NY 10024

Dear Mr. William:

In response to your grievance of your termination, in accordance with Palladia, Inc.
policy, I have reviewed your claim and found that the information provided and the
documents support the justification of your termination.

Your request for "Grievance Hearing" is denied based on the above information.
If you wish to discuss this matter further, I am available at 212-979-8800 ext 241.

Sincerely,

George Lino
Senior Director, Human Resources

Cc: HR File

OFFICERS

Judith D. Wallach, Ph.D
Chairperson

Bruno E. Ziolkowski
Vice Chairperson

Crystal L. Sampson
Treasurer

Alan R. Vogeler, Jr., Esq.
Secretary

Marshall Goldberg
Chairperson Emeritus

Jane Velez
President & CEO

Adrienne Glasgow
Vice President & CFO

BOARD OF DIRECTORS

Roger Boyle, Esq.
Marshall Goldberg
Lawrence Hamdan
Rory Kennedy
Galen Kirkland, Esq.
Hon. Milton Mollen
Crystal L. Sampson
Martha S. Staniford
Jullen J. Studley
Mary Beth C. Tully
Alan R. Vogeler, Jr., Esq.
Judith D. Wallach, Ph.D.
Bruno E. Ziolkowski

COUNSEL

Davidoff & Malito L.L.P.

Exhibit
No. _____ DEFS' P
_____ 2/20/08 AC

**FINK & CARNEY**
**CERTIFIED STENOTYPE REPORTERS**
39 West 37th Street, 6th Floor NYC 10018  (212) 869-1500

# EXHIBIT "V"

**DREITZER HOUSE – CHELSEA COURT – FLORA VISTA**
**PALLADIA INC. HOUSING**

| | |
|---|---|
| **TO:** | JOHN RAMOS, HUMAN RESOUCRE ADMIN. ASST. |
| **FROM:** | CORINNE WORKMAN, DIRECTOR |
| **SUBJECT:** | RECOMMENDATION FOR TERMINATION – SIM HARTFIELD |
| **DATE:** | 9/9/2005 |
| **CC:** | LANA HALLSTEIN SENIOR DIRECTOR PROGRAM SERVICES – HOUSING |

This is a recommendation that Sim Hartfield be terminated from his position as House Manager at Dreitzer House as of Friday September 9, 2005 for poor work performance.

Mr. Hartfield was spoken to about his work performance after going home with keys to the building and not calling anyone to let them know he had them. This action resulted in the building being left unsecured for an entire night on July 14th 2005. He participated in a meeting with all House Managers on August 10th, when a general warning went out regarding work performance offering all House Managers an opportunity to improve their performance.

On Thursday September 8th, 2005 after learning that his midnight relief would not be in, Mr. Hartfield left the building without waiting for the Frontline Security to let them in. He did not notify any supervisor or the Building Superintendent that he was going. In addition he locked the front door which resulted in Frontline security's not being able to enter. The tenants who do not have keys or their guest where also unable to get to the bells to be let in because of Mr. Sim locked the front door.

These actions represent poor judgment on Mr. Sims part. His post at Dreitzer House was uncovered for the second time and in this case created an unsafe situation for the tenants.

P 0364

EXHIBIT "W"



A Community of Strength,
Help and Hope

## palladia

Palladia, Inc.
2006 Madison Avenue, New York, NY 10035  Phone: 212-979-8800  Fax: 212-979-0100  www.palladiainc.org

September 13, 2005

Sim Hartfield
1241 St. Lawrence Avenue, 2nd Floor
Bronx, NY 10472

Dear Mr. Hartfield:

    We regret to inform you that your employment with Palladia, Inc. is being terminated effective, close of business, Monday, September 12, 2005. This action is being taken in accordance with Section 12.2 (m) in the Personnel Manual: failure to meet quality performance standards during the probationary period.

    Please return the Personnel Manual and your identification card to the Human Resources Department at 2006 Madison Avenue so as to receive your final paycheck.

    Should you have any questions kindly contact the undersigned or the Human Resources Department at (212) 979-8800.

Sincerely,

*Lana Hallstein*

Lana Hallstein
Sr. Director of Program Services, Housing

LH/jr

**OFFICERS**

Judith D. Wallach, Ph.D
Chairperson

Bruno E. Ziolkowski
Vice Chairperson

Crystal L. Sampson
Treasurer

Alan R. Vogeler, Jr., Esq.
Secretary

Marshall Goldberg
Chairperson Emeritus

Jane Velez
President & CEO

Adrienne Glasgow
Vice President & CFO

**BOARD OF DIRECTORS**

Roger Boyle, Esq.
Marshall Goldberg
Lawrence Hamdan
Rory Kennedy
Galen Kirkland, Esq.
Hon. Milton Mollen
Crystal L. Sampson
Martha S. Staniford
Julien J. Studley
Mary Beth C. Tully
Alan R. Vogeler, Jr., Esq.
Judith D. Wallach, Ph.D.
Bruno E. Ziolkowski

**COUNSEL**

Davidoff & Malito L.L.P.

# EXHIBIT "X"





## palladia

Palladia, Inc.

2006 Madison Avenue, New York, NY 10035  Phone: 212-979-8800  Fax: 212-979-0100  www.palladiainc.org

June 14, 2006

Ramon Luna
17 St. George Hill
New York, NY 10040

Via Certified/Return Receipt Requested

Dear Mr. Luna,

A call was received by a woman on June 5, 2006 stating she was a friend of the family. She said that your father had passed away and that you had to fly to the Dominican Republic. Please accept our condolences.

As per our policy, you are entitled to four (4) bereavement days (June 5-8, 2006) and the remainder of the days you have been out will be charged as annual leave (June 9; 12-14). Your annual leave balance is 31 hours; 28 hours were used from 6/9 and 6/12-14.

To date we have not heard from you. Please contact your supervisor, Ms. Corinne Workman, or the Human Resources Department as soon as possible. If we do not hear from you by close of business, Friday, June 16, 2006 your action will be considered "job abandonment" as stated in Section 6.4 of Palladia's Policy and Procedure Manual. Any money due you would be paid on Friday, June 30, 2006.

Sincerely,

John Ramos

George Lino
Sr. Director, Human Resources

/jr

**OFFICERS**

Judith D. Wallach, Ph.D
Chairperson

Bruno E. Ziolkowski
Vice Chairperson

Crystal L. Sampson
Treasurer

Alan R. Vogeler, Jr., Esq.
Secretary

Marshall Goldberg
Chairperson Emeritus

Jane Velez
President & CEO

Adrienne Glasgow
Vice President & CFO

**BOARD OF DIRECTORS**

Roger Boyle, Esq.
Marshall Goldberg
Lawrence Hamdan
Rory Kennedy
Galen Kirkland, Esq.
Hon. Milton Mollen
Crystal L. Sampson
Martha S. Staniford
Julien J. Studley
Mary Beth C. Tully
Alan R. Vogeler, Jr., Esq.
Judith D. Wallach, Ph.D.
Bruno E. Ziolkowski

**COUNSEL**

Davidoff & Malito L.L.P.

# EXHIBIT "Y"

A Community of Strength,
Help and Hope



# palladia

Palladia, Inc.
2006 Madison Avenue, New York, NY 10035  Phone: 212-979-8800  Fax: 212-979-0100  www.palladiainc.org

June 19, 2006

Ramon Luna
17 St. George Hill
New York, NY 10040

Dear Mr. Luna,

We regret to inform you that your employment with Palladia, Inc. is being terminated effective close of business, Wednesday, June 14, 2006.  This action is being taken in accordance with Section 6.4 in the Personnel Manual which references job abandonment.

Please return the Palladia identification card to the Human Resources Department at 2006 Madison Avenue.  Your final paychecks, including any unused annual leave time, if applicable, and the one week owed, will be issued on Friday, June 30, 2006.

Should you have any questions kindly contact the undersigned or the Human Resources Department at (212) 979-8800.

Sincerely,

George Lino
Sr. Director, Human Resources

/jr

**OFFICERS**

Judith D. Wallach, Ph.D
Chairperson

Bruno E. Ziolkowski
Vice Chairperson

Crystal L. Sampson
Treasurer

Alan R. Vogeler, Jr., Esq.
Secretary

Marshall Goldberg
Chairperson Emeritus

Jane Velez
President & CEO

Adrienne Glasgow
Vice President & CFO

**BOARD OF DIRECTORS**

Roger Boyle, Esq.
Marshall Goldberg
Lawrence Hamdan
Rory Kennedy
Galen Kirkland, Esq.
Hon. Milton Mollen
Crystal L. Sampson
Martha S. Staniford
Julien J. Studley
Mary Beth C. Tully
Alan R. Vogeler, Jr., Esq.
Judith D. Wallach, Ph.D.
Bruno E. Ziolkowski

**COUNSEL**

Davidoff & Malito L.L.P.

# EXHIBIT "Z"

**PALLADIA, INC.**
**PERSONNEL MANUAL**

| Date | **PERSONNEL PROCEDURES** | Section 6.3 |
|---|---|---|
| 7/99 | **SIGN-IN-SHEETS** | Page 3 of 8 |

Maintaining complete and accurate sign-in sheets is required by Palladia. Each employee is required to sign an attendance sheet upon reporting to work, for lunch periods, and upon completion of the regular work day. No employee of the Agency is exempt from the requirement of signing in and out.

All staff must sign in the exact time they report for work and the exact time they leave work. The only exception to this requirement is that staff who have reported to a location other than their usual place of work, need not do so. Any deviation in the sign-in procedure must be approved by the director/supervisor of the department, with the knowledge and assent of the appropriate Executive Manager.

All sign-in sheets must be reviewed and approved by the director/supervisor of the department. These sheets are to be submitted on a weekly basis (every Friday afternoon) to the Timekeeper. Any delays must be reported to the Timekeeper.

Failure to comply with this procedure may result in a reduction of accrued time and/or a delayed, incorrect or reduced paycheck, as well as disciplinary action. Any incomplete time sheets received in Human Resources will result in a deduction of annual leave or the employee being docked.

It is the responsibility of the director/supervisor of each department to ensure timely submission of complete and accurate attendance sheets.

Sign-in sheets are considered legal documents; therefore falsification may be grounds for termination or immediate dismissal. The time sheets kept at Astor Place will be considered the only official record.

Exhibit No. _DEFTS' K_
2/20/08 AF

**FINK & CARNEY**
**CERTIFIED STENOTYPE REPORTERS**
39 West 37th Street, 6th Floor NYC 10018    (212) 869-1500

| Supercedes | Dated | Comments |
|---|---|---|
| Sign-In-Sheets | 6/97 | |

# PALLADIA, INC.
## PERSONNEL MANUAL

All absences must be reported by the employee to his/her director/supervisor. Administrative personnel must report their absence at the opening of the business day (no later than ½ hour after start time). Clinical personnel must report their absence prior to the start of the shift they are scheduled to work, if this absence can be anticipated. If an emergency occurs, immediate contact must be made with the director/supervisor.

A doctor's certificate may be <u>required</u> from an employee who has been absent for three (3) or more consecutive days. A director/supervisor <u>may</u> request a doctor's certificate of absence due to illness when less time is involved, e.g., in the event of Friday, Monday or pre/post holiday absences. Any questions regarding this policy should be directed to the appropriate Executive Manager.

All lateness and absences must be recorded on the daily sign-in sheet, which is then reviewed by the director/supervisor.

Absence without notification or excessive lateness can lead to demotion or dismissal. Unless they are on an extended Medical Leave, employees must call their supervisor every day.

Excessive or habitual lateness or absence: in general, five (5) absences in a ninety (90) day period, or a consistent pattern of absence, will be considered excessive, and the reasons for the absences may come under question. Tardiness, or leaving early, is as detrimental to Palladia as an absence. Four (4) such incidents in a thirty (30) day period will be considered a "tardiness pattern" and will carry the same weight as an absence. Other factors, like the degree of lateness will be considered.

It is the responsibility of the supervisor to report extended employee absences at the 3rd day and again at the 8th day. Supervisors must utilize the Absenteeism Alert Form (see attachment).