# EXHIBIT "AM"

142

1              Williams

2              Do you see that?

3        A    Yes.

4        Q    Is that your handwriting?

5        A    Yes.

6        Q    Next day, Monday, says in at 12:00,

7   lunch, out 3:00 lunch, in 4:00, out 8:00.

8              Is that your handwriting?

9        A    Yes.

10       Q    Next day, although crossed out, says

11  in at 12:00, out at 8:00.

12             Is that your handwriting?

13       A    Yes.

14       Q    Next day says Wednesday, in at

15  12:00, out at 3:00 lunch, in, out at 8:00.

16             Is that your handwriting?

17       A    Yes.

18       Q    Now, you worked, according to your

19  log, Tuesday night, October 31st; is that correct?

20       A    Yes.  Was that Tuesday?

21       Q    It's Tuesday.  Take it from me, it's

22  Tuesday.

23       A    Okay.

24       Q    The next night you came in, but you

25  did not work; is that correct?

143

Williams

1

2      A      Yes.

3      Q      Did you fill out this time sheet in

4  advance that says Wednesday, November 1st?

5      A      I don't remember.

6      Q      But that is your handwriting?

7      A      Yes, it is.

8      Q      Did you not work Wednesday night,

9  November 1st?

10      A      That is the night I came to work and

11  was told to go home.

12      Q      Do you know when you filled in that

13  date for Wednesday, November 1st?

14      A      No, I do not.

15      Q      Do you know if it was before

16  Wednesday, November 1st?

17      A      I do not know or remember.

18      Q      Just to clarify, you didn't come in,

19  you didn't work starting at 12:00, take lunch at

20  3:00 to 4:00, and leave at 8:00 on Wednesday,

21  November 1st; is that correct?

22      A      On Wednesday I came in at 12:00, and

23  I was asked to leave.  I left.

24      Q      So you didn't work an eight-hour

25  shift that day?

144

                        Williams

1

2          A      No, I did not.

3          Q      You don't know when you filled in

4     this time sheet?

5          A      No, I do not.

6                    MR. SPUND:  Let's get this

7               marked, please.

8                    (Letter dated 11/10/06 to

9               George Lino from Charles Williams,

10              Bates No. P0128, was marked as

11              Defendants' Exhibit O for

12              identification, as of this date.)

13    BY MR. SPUND:

14         Q      Mr. Williams, I show you what has

15    been marked as Exhibit O.  That's P128, a letter

16    dated November 10, 2006.

17                   Is that your signature on the

18    letter?

19         A      (Perusing document.)  Yes, it is.

20         Q      Did you send that letter to Mr.

21    Lino?

22         A      Yes, I did.

23         Q      This was sent on November 10th.

24                   Did you speak to anyone at Palladia

25    between your conversation with Mr. Lino on or

# EXHIBIT "AN"

152

                            Williams

2   employment."

3            A       Yes.

4            Q       "Retaliation.   Other acts, no

5   increase in wages after one year."

6                    Do you see that?

7            A       Yes.

8            Q       And then on the bottom, Paragraph 6,

9   it says, "I believe the defendant is still

10  committing these acts against me."

11                   What do you mean by that?

12           A       The lady had decided that they

13  wanted to file a suit against me for unemployment,

14  trying to stop my unemployment.

15           Q       Well, they didn't file a suit, they

16  contested your unemployment.

17           A       I was already collecting it when

18  they tried to collect.  They were trying to stop

19  my income, stop me from feeding my family.

20           Q       By the way, are you married?

21           A       I'm divorced.

22           Q       Do you have children?

23           A       Yes.

24           Q       How many?

25           A       One and two steps.

153

                        Williams

1

2          Q      Any of them live with you?

3          A      Now, no.

4          Q      Did any of them live with you when

5   you were working at Palladia?

6          A      Yes.

7          Q      Which ones?

8          A      My son.

9          Q      How old is your son?

10         A      Twenty-four.

11         Q      In 2005 he would have been how old,

12  21, 22?

13         A      Twenty-two.

14         Q      Was he working at the time?

15         A      I don't know.

16         Q      When did he stop living with you?

17         A      I don't know.

18         Q      How old are your other children?

19         A      Eighteen and 14.

20         Q      Are they living with you?

21         A      No.

22         Q      Do you live with anyone?

23         A      No.

24         Q      In 2006, 2007 when you were

25  collecting unemployment, other than yourself, were

154

Williams

1

2    you supporting anyone?

3         A    No.

4         Q    Paragraph 7 says, "Defendant

5    discriminated against me based on my," and you

6    checked off "color, complexion, gender," correct?

7              Do you see that?

8         A    Yes.

9         Q    Is it your contention that you were

10   discriminated against because of your color?

11        A    I guess, yes.

12        Q    What is the basis of that?

13        A    I don't know.  That I'm

14   African-American male.

15        Q    Ms. Workman is African-American,

16   correct?

17        A    I think so.

18        Q    She is sitting here next to me.

19             Is Ms. Workman African-American?

20        A    If that's what she wants to be

21   called, African-American, yes.  I don't know.

22        Q    So you are saying that Ms. Workman

23   discriminated against you because you are

24   African-American?

25        A    Because I am African-American,

155

Williams

because I'm light skinned, yes.

        Q        Do you know of any other
African-American she discriminated against because
of their color?

        A        Possibly.

        Q        Who?

        A        I don't know.

        Q        By the way, did you ever file a
complaint with Palladia in human resources or
anyone else alleging that Ms. Workman
discriminated against you because of your color?

        A        No, I did not.

        Q        You say here also gender.

        A        Yes.

        Q        Sex, male, I guess.

        A        Yes.

        Q        She discriminated against you
because you were a male?

        A        Yes.

        Q        She hired you, correct?

        A        I don't know.  I guess she did.

        Q        She was the last interview you had?

        A        Yes.  Her and Ms. Gilmore were the
last interview before.

# EXHIBIT "AO"

156

1                           Williams

2            Q      She was the one that told you you

3     were hired?

4            A      I don't remember that.

5            Q      What is the basis of your statement

6     that she discriminated against you because you

7     were male?

8            A      Just the way I was being treated.

9            Q      What do you mean?

10           A      I was being harassed about sitting

11    in a chair.  I was being harassed by calling in on

12    a day on my own time out of work.  I was denied

13    vacation.

14           Q      When you say you were harassed about

15    the chair, that's that incident where you got the

16    letter regarding sitting at Jennifer's desk?

17           A      In Jennifer's chair.

18           Q      Did you get any other letters in

19    relation to that subject after that June letter of

20    2006?

21           A      I don't remember.  I don't think so.

22           Q      Did anybody ever speak to you again

23    about that issue?

24           A      I don't remember.

25           Q      The incident relating to your

157

1                              Williams

2      vacation, was that one time on July 1st; is that

3      correct?

4                  A      Right.

5                  Q      Are there any other incidents that

6      you can tell me of Ms. Workman harassing you

7      because of your, let's start with gender?

8                  A      No.

9                  Q      Can you think of any other incidents

10     of Ms. Workman harassing you because of your race?

11                 A      I told you I only saw Ms. Workman

12     five or six times while I was there.

13                 Q      Let's go to the next page of the

14     complaint, Paragraph 8.

15                        In that paragraph you state the

16     following.  "I was terminated from my place of

17     employment, Palladia, Inc., on October 30, 2006.

18     This was an unlawful and discriminating act by

19     Palladia.  This act was committed by Corinne

20     Workman, who had been harassing me because of my

21     gender and my race.  Corinne coerced other female

22     employees to lie about the incident."

23                        Did you write that?

24                 A      No.

25                 Q      Who typed that in?

EXHIBIT "AP"

158

Williams

```
1
2        A       The Human Rights Commission.

3        Q       This is a Federal District Court

4  complaint.

5                Did you go down to the Federal Court

6  and speak to the pro se office there --

7        A       Yes.

8        Q       -- about filing this complaint?

9        A       Yes, I did.

10       Q       Did they type in this information?

11       A       No.

12       Q       Who typed that?

13       A       This was a copy of what had been

14 written by the Human Rights Commissioner.

15       Q       Is this a copy of the complaint that

16 you filed with the Human Rights Commission?

17       A       Yes.

18       Q       I am going to show you what has been

19 marked as Exhibit G, which is the complaint from

20 the Human Rights Commission, which you identified

21 before, which you signed, correct?

22       A       Yes.

23       Q       Can you tell me where in that

24 complaint it says that Ms. Workman was harassing

25 you because of your gender and your race?
```

159

1                          Williams

2          A      It says, "The above-named respondent

3    violated Title VII, Page 2, of the Civil Rights

4    Act of 1964."

5          Q      Again, does it say anywhere that she

6    harassed you because of your gender and your race?

7          A      No. 4 says "I was wrongfully

8    terminated from my employment due to my gender.

9    Supervisor harbors animus against me."

10         Q      "Against men," it didn't say against

11   you.

12         A      Right.

13         Q      My question is, is there anything

14   that says she was harassing you because of gender

15   and race?

16                I agree you were terminated.   I

17   agree with you.

18                In your complaint to the State

19   Division it says you were terminated because

20   "Ms. Workman has animus toward me."   I agree with

21   you, it says that in this document.

22                My question is more focused on your

23   complaint where you say "This act was committed by

24   Corinne Workman who had been harassing me because

25   of my gender and race."

160

1                    Williams

2              I'm trying to find out where these

3    words came from, since you said you didn't type

4    this out?

5         A      My secretary typed it.

6         Q      You have a secretary?

7         A      Yes, I do.

8         Q      Who does the secretary work for?

9         A      She works for me.

10        Q      Does she get paid?

11        A      Sometimes.

12        Q      What is the name of the secretary?

13        A      I would rather not say.

14        Q      Mr. Williams, you can't come in here

15   and say my secretary typed it out and then don't

16   tell me who the secretary is.

17              You have got to answer the question,

18   sir.

19        A      I don't remember.

20        Q      We are talking about the complaint.

21   I just want to go to the next document, the

22   complaint.

23              Go to the next page, Page 5, please.

24              Is that your signature on the bottom

25   of that page?

# EXHIBIT "AQ"

162

Williams

1

2      Q      Anything else?

3      A      And the fact that she fired me, yes.

4  I would call that harassment.  Fire me for an

5  erroneous and -- for no reason, basically.

6      Q      Am I correct you never spoke to her

7  after October 31, 2006?

8      A      I don't remember speaking to her

9  after that.  I spoke to Mr. Lino.  All my

10  correspondence was with Mr. Lino.

11      Q      So your testimony that she fired

12  you, that's what you meant by harassment?

13      A      Yes.

14      Q      And she fired you because you are an

15  African-American?

16      A      Yes, I think she fired me because

17  she wanted to have a woman working in that spot.

18  She fired me because she didn't like me,

19  basically.

20      Q      She didn't like you because you were

21  a man?

22      A      I think that was part of it.

23      Q      What is the basis of that statement

24  that she didn't like you because you are a man?

25      A      The way I saw the other men that

163

1                           Williams

2      were treated in this particular company.

3              Q      What other men did you see treated

4      in this particular company?

5              A      Michael Williams, George Lino, the

6      guy who got fired from the office that worked

7      behind me, the janitor, the super and also now

8      also Mr. Lino, who no longer works for Palladia.

9              Q      Do you know why any of these people

10     no longer work for Palladia?

11             A      I would say because they were men.

12             Q      Do you have any basis for that

13     statement?

14             A      No.  Just my observations.

15             Q      You next say Corinne "coerced other

16     female employees to lie about the incident."

17             A      Yes.

18             Q      What is the basis?

19             A      Ms. Danowsky came to the

20     unemployment coordinator and lied.

21             Q      That's not my question.

22             My question was, you say she lied,

23     you say Ms. Corinne coerced other female employees

24     to lie.

25             I am trying to understand what the

# EXHIBIT "AR"

164

Williams

1
2    basis of the statement is that she coerced other

3    female employees?

4          A      She brought Ms. Danowsky to court

5    and had her testify against, try to testify

6    against me saying that I falsified a document or

7    that I was not doing my job.

8          Q      How do you know she coerced her?

9    Coerced is a word that says you forced somebody.

10         Do you have any evidence?

11         A      If she didn't come down and do this,

12   she probably would have lost her job,

13   Ms. Danowsky.

14         Q      How do you know that?

15         A      I don't know that.

16         From my observation, what's going

17   around Palladia, once she testified against me,

18   Ms. Danowsky was promoted.

19         Q      How do you know that?

20         A      When I called this, we called from

21   the unemployment place for her testimony, she

22   answered the phone and told us that she had a new

23   title.  She said my new title is so and so and so

24   and so.

25         Q      My question is you allege that

165

1                          Williams

2      Ms. Workman coerced other female employees to lie

3      about things.

4                    I am asking what the basis of your

5      statement is that she coerced them or forced them?

6           A      The employee, Ms. Danowsky, perjured

7      herself at the hearing prior to collaborating with

8      Ms. Workman on the incident on October 31st.

9           Q      How did she perjure herself?

10          A      She gave wrong information and

11     incorrect information and contradictory

12     information.

13          Q      My question is more fundamental.

14     I'm still trying to understand your statement.

15                 It is your statement that

16     Ms. Workman coerced her, you used the word, I

17     didn't use it, sir, you used it in a complaint

18     that you signed.

19          A      It's not clear which part is not

20     clear.  Exactly what she said.

21          Q      I want to know, you are making

22     allegations that Ms. Workman "coerced other female

23     employees to lie about the incident."

24                 I want to know what the basis of

25     that statement is.  Do you have any evidence?

166

1                          Williams

2          A      No, I don't.

3                 The evidence is in the testimony of

4     the New York State Department of Labor where we

5     have Ms. Danowsky's testimony and it's

6     contradictory each time she testified.

7                 When she testified, when Ms. Workman

8     was present, she testified to one thing.  When we

9     spoke to her at the hearing, the next time her

10    testimony was something different.

11         Q      Why is that an indication that she

12    was coerced?

13         A      Because it's obvious.  Why would she

14    lie?

15         Q      You are assuming she lied, sir.

16    Let's go to the next paragraph.

17         A      So did the judge.

18         Q      It is Ms. Workman's claim that you

19    falsified documents.

20         A      It's untrue.

21         Q      I think you have explained, we

22    understand what the falsification of the documents

23    is.

24                I think we are talking about the

25    time sheet?

# EXHIBIT "AS"

167

Williams

1

2       A       It never became clear what document

3   she was trying to say that I falsified.  First

4   they are trying to say I falsified the time.  Then

5   she was trying to say I falsified the time sheet.

6               She was reaching for things and she

7   was just reaching for things, looking for excuses

8   or a way to try to terminate me because she never

9   made it clear which documents were falsified.

10      Q       Why would she want to terminate you?

11      A       She didn't like me, not that I

12  didn't do my job, I did my job excellently.

13      Q       Why didn't she like you?

14      A       I was too opinionated.

15              Like I said, I told her the super

16  should be coming to work at 6:00 o'clock.  Once I

17  made a mistake telling her what she might do or

18  should do, it was all downhill.  She did not like

19  people telling her what to do, make suggestions to

20  her.

21              Once I made that suggestion that one

22  day, it was downhill.  She felt that you can't

23  tell me nothing, you shouldn't tell me nothing.

24      Q       Basically downhill, she ended up

25  firing you because you were too opinionated, she

# EXHIBIT "AT"

169

1                      Williams

2    12 months.  The results of this request were

3    increased harassment and my termination based on

4    erroneous information."

5              You see that?

6        A    Yes.

7        Q    Tell me about the raise issue.

8        A    I had been working there for a year.

9    I thought I should get a raise.

10       Q    Who did you ask for a raise?

11       A    I don't know.  I don't remember.

12   More likely it was Ms. Workman.

13       Q    Do you remember specifically?

14       A    It wasn't like I put it in writing

15   or anything.

16       Q    Do you remember discussing it with

17   Ms. Workman?

18       A    I can't say I remember a specific

19   conversation.  I know we had.  I'm pretty sure we

20   talked about it, as well as speaking to

21   Ms. Gilmore.

22       Q    Did anybody tell you that Palladia

23   gives COLA raises on a yearly basis once a year?

24       A    No.

25       Q    When you spoke to this person about

# EXHIBIT "AU"

170

Williams

2    the raise, what did they tell you?

3          A      I don't remember.

4                 That I wasn't getting it, obviously.

5    I just felt, as most employees do, after you work

6    for somebody for a year, either I'm doing my job

7    good or I'm not.  If I am doing my job correctly,

8    I want a raise.

9          Q      Do you know who made what policy

10   regarding a raise, when they would give a raise?

11         A      No.

12         Q      Did you ever call anyone in human

13   resources and ask them that question?

14         A      I believe I spoke to George Lino.

15         Q      What did Mr. Lino tell you regarding

16   the raise issue?

17         A      He said that it's up to Corinne, I

18   believe.

19         Q      Do you believe or do you remember

20   having that conversation?

21         A      I remember, yes.  I don't remember

22   exactly what he said.  I discussed it with

23   Mr. Lino.

24         Q      You remember discussing the raise

25   with Mr. Lino?

171

1                          Williams

2          A      Yes.

3          Q      But you don't remember the exact

4    conversation?

5          A      No.

6          Q      Do you remember Mr. Lino telling you

7    anything about the cost of living increases that

8    Palladia gives or doesn't give?

9          A      No.

10         Q      Do you remember Mr. Lino telling you

11   raises are given on a yearly basis?

12         A      No.

13         Q      Did you ever discuss it with

14   Ms. Workman?

15         A      I don't remember.  I'm not sure.

16         Q      The next sentence says, "The results

17   of this request was increased harassment based

18   upon erroneous information."

19                The result of this which you are

20   talking about is referring back to the request for

21   a raise?

22         A      Yes.

23         Q      You say "increased harassment."

24   What do you mean by that?

25         A      That's when I started getting stuff

172

Williams

like chairs, don't sit in this chair and being

terminated.

    Q    Well, the incident with the chair

was in June, the incident with your vacation was

July 1st.

    You said here that you had been

working for 12 months, you asked for a raise.

That would be October.

    I am trying to understand.  Other

than the incident that occurred for your being

terminated, were there any other incidents or

increased harassment that you can tell me about?

    A    I don't know.  I don't remember.

    I know in September I spoke about a

raise.  I didn't put it in writing, but I spoke.

I don't remember if it was Corinne or Doretha.  It

was the one who was the secretary.

    Q    You don't recall what they told you?

    A    No.  I know they told me, I think

she said it would be up to Corinne.

    Q    Do you know if anybody got raises at

Palladia that year?

    A    No, I don't know.

    Q    Mr. Williams, is there anything else

# EXHIBIT "AV"

173

Williams

2  that you can tell me that would support your

3  allegations that you were terminated because you

4  were a male?

5      A    Yes.  The fact that there was no

6  other reason to terminate me.  I was doing my job.

7  You could see by the evaluations that I was

8  getting every three months I was doing my job.

9      Q    Those evaluations by Ms. Workman,

10  right?

11     A    Yes.

12     Q    Those were good evaluations, right?

13     A    Yes.  The first six months, yes.

14     Q    So why would Ms. Workman, if she

15  gave you good evaluations, terminate you because

16  you were a male when she hired you and when she

17  gave you good evaluations?

18     A    I don't know.

19     Q    Do you have any evidence, anything

20  else to tell me about her animus toward men or the

21  harassment that you underwent other than what you

22  told me?

23     A    No.  Just that all the men around

24  there were being fired.

25     Q    All the men?

174

Williams

 1     A    Yes.  There are very few and they

 2  were being fired.  They were either transferred or

 3  fired.  One way or another they were moved out of

 4  there.

 5     Q    Do you know if they were transferred

 6  to other jobs, other agencies?

 7     A    Some were.  They didn't transfer

 8  because they wanted to, I don't believe.  They

 9  were transferred because she wanted them out.

10     Q    Some of them transferred because

11  they went from part time to full time?

12     A    Possibly.

13     Q    That would be, I guess, a good

14  thing, right, going from a part-time to a

15  full-time job?

16     A    Yes, I guess.

17     Q    That wouldn't be any indication of

18  any type of animus toward men, would it?

19     A    I guess not.  Some guys were fired.

20     Q    But you don't know the reason?

21     A    And she fired them.

22     Q    You don't know the reason why they

23  were fired?

24     A    No.  I mean, no.  I didn't read the

175

                              Williams

1    report.

2              No, I don't have privy to that

3    information, any men being fired.

4         Q    We sent you copies of personnel

5    files, didn't we?

6         A    I know I didn't look at that file, I

7    didn't.

8                   MR. SPUND:  Let's take a break

9              for a few minutes.        -

10             I want to speak to

11             Ms. Workman.

12                  (Whereupon, at 2:27 o'clock

13             p.m., a recess was taken to 2:30

14             o'clock p.m.)

15                  (The deposition resumed with

16             all parties present.)

17   C H A R L E S    W I L L I A M S,   resumed and

18        testified further as follows:

19   BY MR. SPUND:

20        Q    Just a couple more questions.

21             You said on the night of October

22   31st you were sitting in Flora Vista?

23        A    Yes.

24        Q    Did anyone ever tell you that you

# EXHIBIT "AW"

November 3, 2006

On Tuesday October 31st, 2006, I Lizzette Danowsky, House Manager of Dreitzer House was on duty at Flora Vista for the 12midnight to 8am shift.

At 12:20am Wednesday morning I went over to Dreitzer House to pick up Flora Vista's keys. I noticed that there was no one sitting at the security desk. I waited a few minutes and than I checked the security book to see who was on duty. Charles Williams was signed in by Ms. Sherri Manson and Charles Williams himself signed in at 12:00am. I waited. Around 1:00am I began to get worried so I decided to check the building! I checked the bathrooms, staff offices, and stairwell from floor one to seven. There was no sign of Charles Williams, I called Ms. Gilmore. I explained to Ms. Gilmore what was going on and that I had tried to call him on his cell but it was off. Ms. Gilmore asked me to stay there and make rounds of the building again. I made rounds again from top to bottom and than waited. Charles Williams entered the building at 3:42am. I asked him where he was and that he was to call Ms. Gilmore.

_Lizzette Danowsky_
Signature

_11-3-06_
Date

_Danita Gilmore_
Witness Signature

_11/3/06_
Date