UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHARLES WILLIAMS

        Plaintiff

                                  Docket No. 07 cv 7720
                                  (CM) (RLE)

        -against-
                                  **AFFIDAVIT**

PALLADIA, INC. and CORINE WORKMAN

        Defendants
------------------------------------------------------------x

STATE OF NEW YORK       )
                                   ):ss
COUNTY OF NEW YORK   )

        JUDY ARCHER, being duly sworn deposes and says:

        1.     I am the Sr. Director of Human Resources for defendant Palladia, Inc. although I did not hold that position at the time Mr. Williams was employed or terminated.

        2.     The following annexed Exhibits are from the Personnel Files of various employees kept in the offices of Palladia's Human Resources Department or are from the Palladia Personnel Manual.

| Exhibit | Description |
| --- | --- |
| I | Charles Williams Application Letter |
| J | Charles Williams Personnel Requisition |
| K | Charles Williams signed receipt for Personnel |

80049285                                   1

| | |
|---|---|
| | Manual |
| L | House Monitor Job Description |
| M | Letter to Charles Williams dated June 27, 2006 |
| N | Employee Performance Discussion Form dated July 5, 2006 |
| O | Security Log for October 31, 2006 |
| P | Charles Williams Time Sheet for week of October 26th through November 1, 2006. |
| Q | Employee Performance Improvement Plan signed November 1, 2006 |
| R | November 2, 2006 termination letter to Charles Williams |
| S | Section 12.2 of Palladia's Personnel Manual |
| T | November 10, 2006 letter from Charles Williams to George Lino |
| U | November 16, 2006 letter from George Lino to Charles Williams |
| V | September 9, 2005 Recommendation for Termination of Sim Hartfield |
| W | September 13, 2005 Termination Letter for Sim Hartfield. |
| X | June 14, 2006 letter to Ramon Luna |
| Y | June 19, 2006 Termination Letter to Ramon Luna |
| Z | Sections 6.3 & 6.4 of Palladia's Personnel Manual |

| | |
|---|---|
| AA | Section 4.3 of Palladia's Personnel Manual |
| AB | Copy of e-mail dated September 1, 2006 from Corinne Workman to George Lino re: Michael Williams nocall/noshow |
| AC | Section 12.2 of Palladia's Personnel Manual |
| AD | September 5, 2006 Termination Letter for Michael Williams |
| AE | July 12, 2007 e-mail relating to Harry Pharr resignation |
| AF | June 29, 2005 resignation letter of Jonathan Thomas |
| AG | January 30, 2006 resignation e-mail from Jose Pacheco |
| AH | Memorandum from Edward J. Slepian to Lana Hallstein re: transfer of Patrick Irby. |
| AI | October 31, 2007 decision of Administrative Law Judge |

WHEREFORE, for the reasons set forth in the annexed affidavits and defendants' memorandum of law, defendants' motion to dismiss the complaint should be granted in its entirety.

_____
Judy Archer

Sworn to before me this
24 day of June, 2008

_____
Notary Public



NICOLE NICHELLE LOURENSZ
Notary Public, State of New York
NO. 01LO6033021
Qualified in Kings County
My Commission Expires 11/8/09

80049285

3