UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CHARLES WILLIAMS,                                        :
                                                         :    07cv 7720(CM)(RLE)
       Plaintiff,            :
                                                         :    AFFIDAVIT OF SERVICE
  -against-                                     :
                                                         :
PALLADIA, INC. and CORINE WORKMAN,                       :
                                                         :
                                                         :
       Defendants.           :
-----------------------------------------------------------------x

STATE OF NEW YORK  )
          ) ss.:
COUNTY OF NASSAU   )

   MARK E. SPUND, being duly sworn, deposes and says:

   1.  I am not a party to this action, am over 18 years of age, and am employed in Nassau County, New York.

   2.  On June 27, 2008, I served the within Notice of Motion for Summary Judgment, Affidavits with Exhibits, Defendants' Memorandum of Law, Defendants' Local Rule 56.1 Statement and Notice to Pro Se Litigant Who Opposes a Motion for Summary Judgment pursuant to Local Rule 56.2 upon:

      Charles Williams
      5 West 91st Street, # 5E
      New York, New York 10024
      Certified Mail # 7007 1490 0001 9739 9190

the address designated for that purpose, by depositing a two copies of same into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery, within New York State, one copy to be signed for and the other copy to be delivered without signature.

                       MARK E. SPUND

Sworn to before me this
30TH day of June, 2008

_____
NOTARY PUBLIC

80044129

DAVID E. COHEN
Notary Public, State of New York
No. 01CO-4914562
Qualified in Suffolk County
Commission Expires December 14, 2009